```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  DANIEL S. McCONKIE
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2725
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,    ) | CASE NO.  09-418 JAM |
|---|---|
| Plaintiff,    ) | **STIPULATION AND ORDER CONVERTING SUPPRESSION HEARING INTO STATUS CONFERENCE AND VACATING BRIEFING SCHEDULE ON MOTION TO SUPPRESS** |
| v.    ) | |
| DESIDERIO GAITAN-RODRIGUEZ,    ) | |
| Defendant.    ) | DATE: January 19, 2010<br>TIME: 11 a.m.<br>COURT: Hon. JOHN A. MENDEZ |

The parties hereby stipulate and agree that the hearing scheduled on January 19, 2010 on the defendant's motion to suppress, filed on November 25, 2009, be converted into a status conference, and that the briefing schedule on the motion be held in abeyance until that status conference.

The parties are in the midst of very fruitful plea negotiations. On January 19, 2010, the parties expect that a change of plea is reasonably likely. If the defendant does not change his plea on that date, the parties will request a new briefing schedule on the motion.

///

///

1

Time has already been excluded pursuant to Local Code T4 for the preparation of counsel.

DATED: December 22, 2009        /s/
                                DOUGLAS BEEVERS
                                Assistant Federal Defender
                                Attorney for
                                DESIDERIO GAITAN-RODRIGUEZ


DATED: December 22, 2009        BENJAMIN B. WAGNER
                                United States Attorney
                             By:/s/
                                DANIEL S. McCONKIE
                                Assistant U.S. Attorney

## O R D E R

The motion hearing on January 19, 2010 on the defendant's motion to suppress is hereby converted into a status conference at 9:30 a.m., and the briefing schedule on the motion is vacated until further order of court.

IT IS SO ORDERED.

Dated: December 23, 2009        /s/ John A. Mendez
                                HON. JOHN A. MENDEZ
                                United States District Judge